UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| LISA DEVRIES,<br><br>               Plaintiff,<br><br>     vs.<br><br>SAXON MORTGAGE SERVICES, INC., and<br>Does 1 to 10, inclusive,<br><br>               Defendants. | Case No:  C 10-1098 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Unopposed Motions to Dismiss and to Expunge Lis Pendens,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated:  July 8, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DE VRIES et al,

        Plaintiff,

  v.

SAXON MORTGAGE SERVICES, INC. et al,

        Defendant.

_____/

Case Number: CV10-01098 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lisa De Vries
5918 Mountain Hawk
Santa Rosa, CA 95409

Dated: July 8, 2010

                         Richard W. Wieking, Clerk

                         By: LISA R CLARK, Deputy Clerk